JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN DANIEL DRISCOLL,                ) No. CV 17-7756-DOC (AGR)
                                       )
                Petitioner,            )
                                       ) JUDGMENT
        v.                             )
                                       )
JOSIE GASTELO, Warden,                 )
                                       )
                Respondent.            )
_____)

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: November 9, 2017        _____
                                        DAVID O. CARTER
                                    United States District Judge